CHARLES MORRISSEY, an Infant, by LAWRENCE MORRISSEY, His Guardian ad Litem, Respondent, v. FRANK HETTERICH, Defendant, and J. M. HORTON ICE CREAM COMPANY, Appellant. (Appeal No. 4.) — Order affirmed,

without costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.